IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3075 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JOHN DELCAMBRE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    1.  The defendant's unopposed motion to continue the plea hearing, filing 18, is granted.  The change of plea hearing is continued from October 11, 2005 to October 27, 2005 at 3:30 p.m.

    2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    DATED this 11th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge