```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3075 |
| v. | ) | |
| KENNETH JOHN DELCAMBRE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1. The defendant's unopposed oral motion to continue the plea hearing is granted. The change of plea hearing is continued from October 27, 2005 to October 31, 2005 at 8:30 a.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge